# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00300-CV

**In re Clyde Brown**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining that the trial court's sentence did not properly credit him for time he spent in jail. We have received from the trial court a signed order showing that relator's motion to be given credit for time served in jail has been granted. Therefore, the petition for writ of mandamus is dismissed as moot.

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Filed:   May 13, 2016